CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 8 2005

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THEODORA LANETTE CRAWFORD, ) <br> Petitioner, ) | Civil Action No. 7:05-cv-00745 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JUDGE HOGSHIRE, ) | By: Hon. James C. Turk |
| Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. The petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice and stricken from the active docket of the court.

2. As the petition raises possible claims under 42 U.S.C. § 1983, the clerk **SHALL** make copies of plaintiff's pleadings in this action and conditionally file these pleadings as a new and separate civil action under § 1983. This new action will go forward under a different case number, provided that plaintiff complies with all prefiling requirements that will be set forth by separate order in that new case.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 8th day of December, 2005.

_/s/ James C. Turk_
Senior United States District Judge